# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                Plaintiff,<br>v.<br>ENRIQUE YANEZ-VELAZQUEZ,<br>                                Defendant. | CASE NO. 14cr1540 JM<br><br>ORDER DENYING MOTION FOR MODIFICATION OF SENTENCE<br><br>(ECF 34, 36) |

       Defendant Enrique Yanez-Velazquez moves for a reduction of his sentence pursuant to 18 U.S.C. §3582(c)(2) and Amendment 782 to the United States Sentencing Guidelines ("USSG"). (ECF 34, 36). Amendment 782 modified the Drug Quantity Table in USSG § 2D1.1, which provides the base offense levels for different quantities of various controlled substances. Amendment 782 reduced the base offense levels for most federal drug trafficking crimes by two levels. In July 2014, the U.S. Sentencing Commission promulgated Amendment 788 and amended USSG § 1B1.10, which made Amendment 782 retroactive (effective November 1, 2014), but delayed the effective date for orders reducing prison terms based on Amendment 782 until November 1, 2015.

       Here, Defendant was sentenced on February 6, 2015, pursuant to the Guidelines effective on November 1, 2014. Defendant has already obtained the benefit of the modified Drug Quantity Table in USSG § 2D1.1. Accordingly, Defendant cannot prevail on his motion to modify his sentence.

1       In sum, the motion for a modification of his sentence is denied.  (ECF 34, 36).

2       **IT IS SO ORDERED.**

3 DATED:  October 25, 2016

4                                                           Hon. Jeffrey T. Miller

5                                                           United States District Judge

6 cc:        All parties